IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GOLDEN BRIDGE TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., et al., <br><br> Defendants. | ) ) ) ) ) ) ) Civ. No. 10-428-SLR ) ) ) ) ) |
| GOLDEN BRIDGE TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMAZON, INC., et al., <br><br> Defendants. | ) ) ) ) ) ) ) Civ. No. 11-165-SLR ) ) ) ) ) |
| GOLDEN BRIDGE TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> MOTOROLA MOBILITY LLC, <br><br> Defendant. | ) ) ) ) ) ) ) Civ. No. 12-471-SLR ) ) ) ) ) |
| GOLDEN BRIDGE TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> SIERRA WIRELESS, et al., <br><br> Defendants. | ) ) ) ) ) ) ) Civ. No. 12-473-SLR ) ) ) ) ) |

| | |
|---|---|
| GOLDEN BRIDGE TECHNOLOGY, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civ. No. 12-475-SLR ) |
| DELL, INC., | ) ) |
| Defendant. | ) ) |
| GOLDEN BRIDGE TECHNOLOGY, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civ. No. 12-476-SLR ) |
| PANTECH CORP., et al., | ) ) |
| Defendants. | ) |
| GOLDEN BRIDGE TECHNOLOGY, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civ. No. 12-477-SLR ) |
| HTC CORP., et al., | ) ) |
| Defendants. | ) |
| GOLDEN BRIDGE TECHNOLOGY, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civ. No. 12-478-SLR ) |
| LG ELECTRONICS INC., et al., | ) ) |
| Defendants. | ) |

| | |
|---|---|
| GOLDEN BRIDGE TECHNOLOGY, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civ. No. 12-479-SLR ) |
| RESEARCH IN MOTION LIMITED, et al., | ) ) ) |
| Defendants. | ) ) |
| GOLDEN BRIDGE TECHNOLOGY, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civ. No. 12-480-SLR ) |
| HEWLETT-PACKARD COMPANY, | ) ) |
| Defendant. | ) |
| GOLDEN BRIDGE TECHNOLOGY, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civ. No. 12-481-SLR ) |
| SONY ELECTRONICS, INC., et al., | ) ) |
| Defendants. | ) |
| GOLDEN BRIDGE TECHNOLOGY, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civ. No. 12-482-SLR ) |
| ZTE CORPORATION, et al., | ) ) |
| Defendants. | ) |

| | |
|---|---|
| GOLDEN BRIDGE TECHNOLOGY, INC., | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 12-483-SLR ) |
| SAMSUNG ELECTRONICS CO. LTD, et al., | ) ) ) |
| Defendants. | ) ) |
| GOLDEN BRIDGE TECHNOLOGY, INC., | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 12-1157-SLR ) |
| BARNES & NOBLE, INC., et al., | ) ) |
| Defendants. | ) |
| GOLDEN BRIDGE TECHNOLOGY, INC., | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 12-1158-SLR ) |
| HTC CORP., et al., | ) ) |
| Defendants. | ) |
| GOLDEN BRIDGE TECHNOLOGY, INC., | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 12-1159-SLR ) |
| MOTOROLA MOBILITY LLC, | ) ) |
| Defendant. | ) |

| | |
|---|---|
| GOLDEN BRIDGE TECHNOLOGY, INC., | ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 12-1160-SLR ) |
| PANTECH CORP., et al., | ) ) ) |
| Defendants. | ) |

| | |
|---|---|
| GOLDEN BRIDGE TECHNOLOGY, INC., | ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 12-1161-SLR ) |
| SIERRA WIRELESS INC., et al., | ) ) ) |
| Defendants. | ) |

| | |
|---|---|
| GOLDEN BRIDGE TECHNOLOGY, INC., | ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 12-1162-SLR ) |
| ZTE CORPORATION, et al., | ) ) ) |
| Defendants. | ) |

| | |
|---|---|
| GOLDEN BRIDGE TECHNOLOGY, INC., | ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 12-1163-SLR ) |
| DELL INC., et al., | ) ) ) |
| Defendants. | ) |

| GOLDEN BRIDGE TECHNOLOGY, INC., | ) |
|---|---|
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 12-1164-SLR ) |
| LENOVO (UNITED STATES) INC., et al., | ) ) ) |
| Defendants. | ) |

| GOLDEN BRIDGE TECHNOLOGY, INC., | ) |
|---|---|
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 12-1165-SLR ) |
| LG ELECTRONICS INC., et al., | ) ) |
| Defendants. | ) |

| GOLDEN BRIDGE TECHNOLOGY, INC., | ) |
|---|---|
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 12-1166-SLR ) |
| RESEARCH IN LIMITED, et al., | ) ) |
| Defendants. | ) |

| GOLDEN BRIDGE TECHNOLOGY, INC., | ) |
|---|---|
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 12-1167-SLR ) |
| SAMSUNG ELECTRONICS CO., LTD, et al., | ) ) ) |
| Defendants. | ) |

| | |
|---|---|
| GOLDEN BRIDGE TECHNOLOGY, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civ. No. 12-1168-SLR ) |
| SONY ELECTRONICS INC., et al., | ) ) |
| Defendants. | ) |
| GOLDEN BRIDGE TECHNOLOGY, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civ. No. 12-1169-SLR ) |
| AMAZON.COM, INC., | ) ) |
| Defendant. | ) |
| GOLDEN BRIDGE TECHNOLOGY, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civ. No. 12-1170-SLR ) |
| HEWLETT-PACKARD COMPANY, et al., | ) ) ) |
| Defendants. | ) |

# ORDER

At Wilmington this 17th day of December, 2014, plaintiff Golden Bridge Technology, Inc. having failed to respond to the court's November 14, 2014 order to show cause;

7

IT IS ORDERED that the above captioned cases are dismissed.

_____
United States District Judge